In re Petition for DISCIPLINARY ACTION AGAINST James L. NELSON, an Attorney at Law of the State of Minnesota.

No. C0–90–1280.

Supreme Court of Minnesota.

June 13, 1990.

### ORDER

The above-entitled matter came before this court upon petition of the Lawyers Professional Responsibility Board, and

The petitioner and respondent have entered into a stipulation as to providing for temporary suspension of respondent from the practice of law, and

This court being fully satisfied as to the terms and conditions of said stipulation,

NOW, THEREFORE, based upon the records, files, proceedings herein, and the stipulation of the parties,

IT IS HEREBY ORDERED:

1. Respondent, James L. Nelson, is hereby temporarily suspended from the

practice of law from and after the date of this order pending final determination of the disciplinary proceedings herein.

2. Respondent shall fully comply with Rules 26 and 27, Rules on Lawyers Professional Responsibility.